Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re ) Case No. 317-30766-DWH13
    LAUREN L. PRESTON )
  ) Order Amending Plan
  ) Dated 03-28-17
    Debtor )
  )

    Wayne Godare, Chapter 13 Trustee ("Trustee") pursuant to debtor's failure to comply with the provisions of plan paragraph 13, requests that the following provision be added to Debtor's plan dated 03-28-17. Formal notice of this plan modification is not required, as there is no negative impact on any creditor. The Court being fully advised, now, therefore,

    IT IS ORDERED that Debtor's plan dated 03-28-17 is amended as follows:

/ / /

/ / /

/ / /

/ / /

1 – Order Amending Plan Dated 03-28-17

1. Change paragraph 1(a) to read "1,780 beginning October 2017".

### ###

PRESENTED BY:

/s/ Wayne Godare
Wayne Godare, OSB #90059
Chapter 13 Trustee

I certify that on October 10, 2017, I served a copy of this order on debtor by mail, at the address as listed in the Court records. I further certify that debtors' attorney was served by electronic mail at the address of tom@nwrelief.com.

/s/ Chris Fazio
for Wayne Godare, Chapter 13 Trustee


cc: Debtor
    Debtor's attorney