UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Lauren Lynn Preston**

Debtor(s)

**Ditech Financial LLC**
Moving Party

**Lauren Lynn Preston**

Responding Party

Case No. **17-30766-dwh13**

RECORD OF PROCEEDING

Judge: **Peter C McKittrick**

Docket # of Motion 40

DATE OF HEARING: **02/20/2018**

✓
**MICHAEL SCOTT** ____no appearance
Attorney for Moving Party

J. Brunski
~~THOMAS A McAVITY~~ ____no appearance
Attorney for Responding Party

____ Attorney represents agreement by opposing attorney.
____ Oral stipulation approved.  ____ Written stipulation (to be) filed.
____ Order based on oral stipulation to be lodged.

____ Hearing is continued to _____ at _____ in _____ or ___ telephone hearing for:

  ____ Continued preliminary hearing ____ final hearing ✓ stay remains in effect.
  ____ Date and time set, or to be set, for hearing on confirmation of Chapter 13 plan.
  ____ The Court finds that delay of over 30 days is necessary to accommodate current schedule.
  ____ Movant waives 30 day rule.
  ~~____ Noticed in Court. ____ Send notice~~
X ⟨Off calendar; may be reset at request of either party⟩/Movant only(30 day rule waived).
____ The Motion is denied.
____ The Motion is granted, and ____ Stay terminates forthwith/on _____ .

  ____ No foreclosure sale before _____ .
____ Movant may submit an order regarding termination of stay/on ____ days written notice of default to debtor and debtor's counsel in the event that:
  ____ All (post-petition) arrears in payments due to the Movant/Trustee/both are not brought current within ____ days of the date of this hearing.
  ____ Debtor fails to pay, when due, payments to the Movant/Trustee/either.
  ____ Debtor fails to maintain insurance on the collateral as required by the security agreement.
  ____ Debtor fails to file modified plan of reorganization within ____ days of the date of this hearing.
  ____ Debtor's Plan/modified plan of reorganization is denied confirmation.
  ____ OTHER: _____

____ Parties agree to extend 60 day time period of 11 U.S.C. §362(e)(2)(B) ____ Yes ____ No.
  If NO, findings: _____

____OTHER:  Stip ord has [been] circulated.

ISSUES TO BE TRIED

___ Is Cure Proposal Realistic?   ___ Amount of arrears   ___ Valuation   ___ Adequate Protection

___ Other(specify) _____