Below is an Order of the Court.

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re ) | Case No. 317-30766-dwh13 |
| ) | |
| LAUREN L PRESTON ) | |
| ) | STIPULATED ORDER RESOLVING |
| ) | TRUSTEE'S MOTION TO DISMISS |
| ) | |
| Debtor(s). ) | |

Debtor(s) and Wayne Godare, Chapter 13 Trustee, have resolved the Trustee's Motion to Dismiss for Missed Plan Payments (Dkt. #45). Debtor(s) approve the entry of this Order, and the Court being fully advised, now, therefore,

IT IS ORDERED that Debtor(s) acknowledge the plan payment default stated in the Motion. The default is deferred, not waived. Debtor(s) shall cure the default before any discharge may be granted.

STIPULATED ORDER RESOLVING TRUSTEE MOTION TO DISMISS 1

IT IS FURTHER ORDERED that Debtor(s) must timely make all payments which are due under the current Chapter 13 Plan, for the six month period beginning April 2018, or the Court shall dismiss this Case upon the filing, by the Chapter 13 Trustee, of a Statement of Failure to Comply reciting to the court that Debtor(s) failed to make the Plan payment(s) as required and the amount in default under the Order. If Debtor(s) are on a wage order, the Trustee will give Debtor(s) and Debtor(s)' counsel 10 days notice prior to filing the Statement of Failure to Comply. During this period, the Debtor(s) personally are to pay the required plan payments to the Chapter 13 Trustee for any month where any employer, required to pay, fails to do so.

###

I certify that I have received confirmation, by preserved email, that debtor, by and through counsel, has no objection to the form and content of this order, agrees to its filing with the Court and waives circulation.

Presented by:

/s/ Jordan Hantman, OSB #060715
*for* Wayne Godare, Chapter 13 Trustee

Approved by:

/s/ Thomas A Mcavity
Attorney for Debtor(s)

cc:     Debtor(s), Attorney for Debtor(s)

STIPULATED ORDER RESOLVING TRUSTEE MOTION TO DISMISS 2